UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:23-CV-0082-CRS

RODNEY HENRY CARTER                                          PLAINTIFF

v.

ROBERT KEITH BOND                                            DEFENDANT

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final Order**.

December 1, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*